1 **WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR 05-1116-001-PCT-JAT |
| Plaintiff, | |
| vs. | |
| Davison Begay, | **ORDER** |
| Defendant. | |

A pretrial revocation hearing on the petition on violation of release conditions was held on September 15, 2006.

**THE COURT FINDS** that the Defendant knowingly, intelligently, and voluntarily waives his right to a revocation hearing pursuant to Title 18, U.S.C. § 3148.

**THE COURT FINDS** that there is probable cause to believe that the Defendant used and possessed cocaine which is under state law a Class 4 felony of possession of narcotic drugs.

**THE COURT FINDS** that the Defendant was referred to Recovery Homes, Inc. because of his problems with substance abuse yet he used cocaine while at that facility.

**THE COURT FURTHER FINDS** that it is unlikely that the Defendant would abide by conditions of release, refraining from illicit substances, if he were release. He has not rebutted the rebuttable presumption that arises that he is a danger to the community and a serious flight risk.

1   **IT IS ORDERED** that the Defendant shall remain detained until further order of the
2  court.
3   DATED this 22nd day of September, 2006.

_Lawrence O. Anderson_
Lawrence O. Anderson
United States Magistrate Judge